Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA 95814
916.438.7711
Fax 916.864.1359
Email: mhansen@criminal-defenses.com

Attorney for Defendant
MARTINIANO VELASCO YESCA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>MARTINIANO VELASCO YESCA,<br><br>              Defendant. | No. 2:17-CR-00184 KJM<br><br>**SUBSTITUTION OF ATTORNEY REQUEST; ORDER** |

It is respectfully requested that defendant Martiniano Velasco Yesca substitute CJA attorney Michael Hansen in place of retained attorney Anthony Palik. Mr. Palik requested to be relieved. Mr. Velasco Yesca qualifies for appointed counsel.

Dated: April 10, 2019                              Respectfully submitted,

                                                                 /s/ Michael E. Hansen
                                                                 MICHAEL E. HANSEN
                                                                 Attorney for Defendant
                                                                 MARTINIANO VELASCO YESCA

IT IS SO ORDERED.

Dated: April 11, 2019

                                                                 ALLISON CLAIRE
                                                                 UNITED STATES MAGISTRATE JUDGE